Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| Donald Eugene Ward, III § | |
| and § | CASE NO. 06-70294-HDH-13 |
| Amy Lynn Ward § | |
| § | |
| DEBTORS § | |

## MOTION FOR APPROVAL OF MORTGAGE LOAN MODIFICATION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Debtors, Donald Eugene Ward, III and Amy Lynn Ward and file this Motion for Approval of Mortgage Loan Modification seeking this Court's approval for a mortgage loan modification and would respectfully show the Court as follows:

1. Debtors filed a Chapter 13 Bankruptcy Case on August 28, 2006.
2. Debtors' case was confirmed on October 25, 2006.
3. Debtors wish to obtain a mortgage loan modification with Wells Fargo Home Mortgage on the house located at 3605 Arthur Wichita Falls, Texas.
4. The total amount to be financed through the proposed loan modification is $59,438.92. Per agreement, the monthly payments would be $553.33 for 360 months at an interest rate of 5.00%. Said Agreement is attached as Exhibit A.
5. Debtors wish to pay settlement expenses as detailed in above-mentioned agreement.
6. Debtors request permission to pay directly to Monte J. White and Associates, P.C. the amount of $400.00 for the preparation and filing of this motion.
7. The loan modification is necessary to facilitate Debtors' successful completion of their Chapter 13 Plan.

WHEREFORE PREMISES CONSIDERED, Debtors pray for an order allowing the transaction as set forth herein, and for such other and further relief to which Debtors may show themselves entitled.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 12, 2010, a true and correct copy of the foregoing was served by ECF and or regular mail on all parties in interest listed on the mailing matrix.

/s/Monte J. White

```
Label Matrix for local noticing        1100 Commerce Street                  Citi Auto
0539-7                                  Room 1254                            2208 Highway 121 Ste 100
Case 06-70294-hdh13                     Dallas, TX 75242-1305                Bedford, TX 76021-5981
Northern District of Texas
Wichita Falls
Fri Jan  8 10:25:00 CST 2010

CitiFinancial Auto                      Citibank                             ECAST FOB WELLS FARGO
PO BOX 1472                             PO Box 769013                        Bass & Associates, P.C.
Minneapolis, MN 55440                   San antonio TX  78245-9013           3936 E. Ft. Lowell Rd., Suite 200
                                                                             Tucson, AZ 85712-1083


HSBC Bank Nevada NA - HSBC Card Services III   HSBC Card Services            IRS Special Procedures
by eCAST Settlement Corporation         PO Box 60102                         1100 Commerce St., Room 951
as its agent                            City of Industry, CA 91716-0102      Mail Stop 5029 DAL
POB 35480                                                                    Dallas, TX 75242-1001
Newark NJ 07193-5480


Kohls Department Store                  Kohls-chase                          WICHITA FALLS CITY, ISD & WICHITA COUNTY
P O Box 740933                          N56 W 17000 Ridgewood Dr             CO PERDUE BRANDON FIELDER COLLINS & MOT
Dallas, TX 75374-0933                   Menomonee Falls, WI 53051-5660       PO BOX 8188
                                                                             WICHITA FALLS TX 76307-8188


Wells Fargo                             Wells Fargo Bank NA                  Wells Fargo Bank Nv Na
P O Box 30086                           CO Barrett Burke Castle et al        Po Box 10438
Los Angeles, CA 90030-0086              1900 St James Pl No. 500             Des Moines, IA 50306-0438
                                        Houston Texas 77056-4125


Wells Fargo Bank, N.A.                  Wells Fargo Home Mortg               Wells Fargo Servicing Center
CO Legal Practice Management            625 Maryville Centre Dr              PO Box 94423
15000 Surveyor Blvd                     Saint Louis, MO 63141-5834           Albuquerque, NM 87199-4423
Suite 1720
Addison, TX 75001-4417


Wichita County Tax Assessor-Collector   eCAST FOB Wells Fargo                eCAST Settlement Corporation
CO Perdue Brandon & Fielder             P.O. Box 7247-6971                   POB 35480
PO Box 8188                             Philadelphia, PA 19170-0001          Newark NJ 07193-5480
Wichita Falls, TX 76307-8188


Amy Lynn Ward                           Donald Eugene Ward III               Monte J. White
3605 Arthur St                          3605 Arthur St                       Monte J. White & Associates, P.C.
Wichita Falls, TX 76308-2105            Wichita Falls, TX 76308-2105         1106 Brook Avenue
                                                                             Wichita Falls, TX 76301-5009


UST U.S. Trustee                        Walter 12,13 OCheskey
1100 Commerce Street                    6308 Iola Avenue
Room 976                                Lubbock, TX 79424-2735
Dallas, TX 75242-1011
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A.

(u)eCAST Settlement Corporation

(d)eCAST FOB Wells Fargo
P.O. Box 7247-6971
Philadelphia, PA 19170-0001

End of Label Matrix
Mailable recipients     25
Bypassed recipients      3
Total                   28